In the Matter of the Accounting of KINGS COUNTY TRUST COMPANY, as Executor of and Trustee under the Will of JOSEPH M. MAY, Deceased. AIMEE L. MAY et al., Appellants; REBECCA M. PENTLARGE et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

FRED W. HOCH ASSOCIATES, INC., Respondent, v. WESTERN NEWSPAPER UNION, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ. [See post, p. 929.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUSTON SNOWDEN, Appellant.— Order unanimously modified so as to dismiss the third count of the information upon the ground that the evidence failed to establish receipt of money in the game of policy and, as so modified, affirmed, including the sentence. Settle order on notice. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

ERNEST MAYER, as Administrator of the Estate of FRANK U. MAYER, Deceased, Respondent, v. TEMPLE PROPERTIES INCORPORATED et al., Appellants.— Judgment affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.; Bastow and Bergan, JJ., dissent and vote to reverse and dismiss upon the ground that no actionable negligence was shown.

MARCEL E. MOORTGAT, Doing Business under the Name of MOORTGAT STUDIOS, Appellant, v. MEEHAN-TOOKER COMPANY, INCORPORATED, Respondent. —Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

CAROL LORD, Appellant, v. DUNHAM SHIPYARD & SALES Co., INC., Respondent, et al., Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ. [See post, p. 1030.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL F. CONNOLLY, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

ALFRED E. FLETCHER, Appellant, v. B. F. GOODRICH COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.